IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Morris, Raysurnet | Case Number: 06 B 06889 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 7/1/08 | Filed: 6/14/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Ch 7 Conversion: April 22, 2008
Confirmed: August 3, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 9,735.00 | |
| Secured: | | 3,151.48 |
| Unsecured: | | 3,742.12 |
| Priority: | | 0.00 |
| Administrative: | | 2,300.00 |
| Trustee Fee: | | 499.77 |
| Other Funds: | | 41.63 |
| Totals: | 9,735.00 | 9,735.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 2,300.00 | 2,300.00 |
| 2. | Green Tree Acceptance Inc | Secured | 0.00 | 0.00 |
| 3. | Toyota Motor Credit Corporatio | Secured | 0.00 | 0.00 |
| 4. | Onyx Acceptance Corp | Secured | 0.00 | 0.00 |
| 5. | Chicago Municipal Employees CU | Secured | 1,110.34 | 1,110.34 |
| 6. | City Of Chicago | Secured | 284.00 | 284.00 |
| 7. | Green Tree Acceptance Inc | Secured | 4,500.00 | 1,757.14 |
| 8. | ECast Settlement Corp | Unsecured | 120.94 | 96.07 |
| 9. | Comcast Cablevision | Unsecured | 31.99 | 0.00 |
| 10. | American General Finance | Unsecured | 328.88 | 261.24 |
| 11. | Peoples Energy Corp | Unsecured | 20.46 | 16.25 |
| 12. | ECast Settlement Corp | Unsecured | 120.94 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 58.81 | 46.71 |
| 14. | Discover Financial Services | Unsecured | 1,469.46 | 1,167.25 |
| 15. | Onyx Acceptance Corp | Unsecured | 530.31 | 421.25 |
| 16. | RoundUp Funding LLC | Unsecured | 864.92 | 687.04 |
| 17. | City Of Chicago | Unsecured | 17.59 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 188.04 | 149.37 |
| 19. | Resurgent Capital Services | Unsecured | 1,129.16 | 896.94 |
| 20. | Washington Mutual Home Loan | Secured | | No Claim Filed |
| 21. | Capital One | Unsecured | | No Claim Filed |
| 22. | Bank Of America | Unsecured | | No Claim Filed |
| 23. | Credit Protection Association | Unsecured | | No Claim Filed |
| 24. | Capital One | Unsecured | | No Claim Filed |
| 25. | Alarm One | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Morris, Raysurnet

Printed: 7/1/08

Case Number: 06 B 06889
Judge: Wedoff, Eugene R
Filed: 6/14/06

| # | Creditor | Type | | Claim |
|---|---|---|---|---|
| 26. | Chicago Patrolmen's Fed Credit Union | Unsecured | | No Claim Filed |
| 27. | Chicago Patrolmen's Fed Credit Union | Unsecured | | No Claim Filed |
| 28. | Chicago Patrolmen's Fed Credit Union | Unsecured | | No Claim Filed |
| 29. | Chicago Patrolmen's Fed Credit Union | Unsecured | | No Claim Filed |
| 30. | Chicago Municipal Employees CU | Unsecured | | No Claim Filed |
| 31. | Citibank (South Dakota), N.A. | Unsecured | | No Claim Filed |
| 32. | First USA | Unsecured | | No Claim Filed |
| 33. | Columbus Bank & Trust | Unsecured | | No Claim Filed |
| 34. | Direct Tv | Unsecured | | No Claim Filed |
| 35. | Chicago Patrolmen's Fed Credit Union | Unsecured | | No Claim Filed |
| 36. | Express | Unsecured | | No Claim Filed |
| 37. | GEMB | Unsecured | | No Claim Filed |
| 38. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 39. | Discover Financial Services | Unsecured | | No Claim Filed |
| 40. | Nissan Motor Acceptance Corporation | Unsecured | | No Claim Filed |
| 41. | Chicago Patrolmen's Fed Credit Union | Unsecured | | No Claim Filed |
| 42. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 43. | Kohl's/Kohl's Dept Stores | Unsecured | | No Claim Filed |
| 44. | Marshall Field & Company | Unsecured | | No Claim Filed |
| 45. | SBC | Unsecured | | No Claim Filed |
| 46. | MRSI | Unsecured | | No Claim Filed |
| 47. | Nissan Motor Acceptance Corporation | Unsecured | | No Claim Filed |
| 48. | Professional Credit Services | Unsecured | | No Claim Filed |
| 49. | Net Bank | Unsecured | | No Claim Filed |
| 50. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 51. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 52. | Target | Unsecured | | No Claim Filed |
| 53. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 54. | Sprint | Unsecured | | No Claim Filed |
| 55. | Rnb Fields3 | Unsecured | | No Claim Filed |
| 56. | Victoria's Secret | Unsecured | | No Claim Filed |
| 57. | World Financial Network Nat'l | Unsecured | | No Claim Filed |
| 58. | World Financial Network Nat'l | Unsecured | | No Claim Filed |
| 59. | SCA | Unsecured | | No Claim Filed |
| | | | $ 13,075.84 | $ 9,193.60 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 73.50 |
| 4.8% | 142.41 |
| 5.4% | 283.86 |
| | $ 499.77 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Morris, Raysurnet | Case Number:  06 B 06889 |
| | Judge:  Wedoff, Eugene R |
| Printed:  7/1/08 | Filed:  6/14/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

